1

2

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

3

4

5

6

7

| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |
|---|---|

8      Plaintiff(s) named below, for their Complaint against Defendants named below,

9  incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364).

10  Plaintiff(s) further show the Court as follows:

11

12      1.      Plaintiff/Deceased Party:

13      MARGARET HART

14      2.      Spousal Plaintiff/Deceased Party's spouse or other party making loss of

15      consortium claim:

16      N/A

17      3.      Other Plaintiff and capacity (i.e., administrator, executor, guardian,

18      conservator):

19      TARA APPLEWHITE, POWER OF ATTORNEY

20      4.      Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

21      the time of implant:

22      NORTH CAROLINA

23

24

25

26

27

28

1   5.   Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at

2        the time of injury:

3        <u>DISTRICT OF COLUMBIA</u>

4   6.   Plaintiff's current state(s) [if more than one Plaintiff] of residence:

5        <u>DISTRICT OF COLUMBIA</u>

6   7.   District Court and Division in which venue would be proper absent direct filing:

7        <u>DISTRICT OF COLUMBIA</u>

8   8.   Defendants (Check Defendants against whom Complaint is made):

9        ☒     C.R. Bard Inc.

10       ☒     Bard Peripheral Vascular, Inc.

11  9.   Basis of Jurisdiction:

12       ☒     Diversity of Citizenship

13       ☐     Other: _____

14       a.    Other allegations of jurisdiction and venue not expressed in Master

15             Complaint:

16       _____

17       _____

18       _____

19  10.  Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a

20       claim (Check applicable Inferior Vena Cava Filter(s)):

21       ☐     Recovery$_®$ Vena Cava Filter

22       ☐     G2$_®$ Vena Cava Filter

23       ☐     G2$_®$ Express Vena Cava Filter

24       ☐     G2$_®$ X Vena Cava Filter

25       ☒     Eclipse$_®$ Vena Cava Filter

26       ☐     Meridian$_®$ Vena Cava Filter

27

28

1        ☐    Denali<sub>®</sub> Vena Cava Filter

2        ☐    Other: _____

3   11.   Date of Implantation as to each product:

4     7/13/2011 _____

5     _____

6   12.   Counts in the Master Complaint brought by Plaintiff(s):

7        ☒    Count I:        Strict Products Liability - Manufacturing Defect

8        ☒    Count II:      Strict Products Liability - Information Defect (Failure to

9                       Warn)

10       ☒    Count III:     Strict Products Liability - Design Defect

11       ☒    Count IV:     Negligence - Design

12       ☒    Count V:      Negligence - Manufacture

13       ☒    Count VI:     Negligence - Failure to Recall/Retrofit

14       ☒    Count VII:    Negligence - Failure to Warn

15       ☒    Count VIII:   Negligent Misrepresentation

16       ☒    Count IX:     Negligence *Per Se*

17       ☒    Count X:      Breach of Express Warranty

18       ☒    Count XI:     Breach of Implied Warranty

19       ☒    Count XII:    Fraudulent Misrepresentation

20       ☒    Count XIII:   Fraudulent Concealment

21       ☒    Count XIV:   Violations of Applicable District of Columbia Law

22                       Prohibiting Consumer Fraud and Unfair and Deceptive

23                       Trade Practices

24       ☐    Count XV:     Loss of Consortium

25       ☐    Count XVI:   Wrongful Death

26       ☐    Count XVII:  Survival

27       ☒    Punitive Damages

28

1       ☐     Other(s):                 (please state the facts supporting

2               this Count in the space, immediately below)

5       The fact supporting these counts include, among others: Records demonstrated

6 the filter was slightly tilted and one of the filter "legs was found to have

7 fractured and embolized to the right ventricle" requiring open surgical removal

8 of the fragment and a separate removal of the filter.  Plaintiff may have suffered

9 other injuries as well.

10   13.    Jury Trial demanded for all issues so triable?

11     ☒     Yes

12     ☐     No

13   RESPECTFULLY SUBMITTED this 15th day of September, 2017.

By:   */s/ Matthew D. Schultz*
Matthew D. Schultz, FL Bar #640328
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502
(850) 435-7140 (telephone)
(850) 436-7020 (facsimile)
mschultz@levinlaw.com

*Attorneys for Plaintiff*

I hereby certify that on this 15th day of September, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

*/s/ Matthew D. Schultz*

- 4 -