# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF COLUMIBA

TARA APPLEWHITE, Power of Attorney
On behalf of MARGARET HART

    Plaintiff,

v.                                                            Case No.: 1:20-cv-00821-TJK

C.R. BARD INCORPORATED,
 BARD PERIPHERAL VASCULAR
INCORPORATED,

    Defendants.
_____/

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Plaintiff, TARA APPLEWHITE, Power of Attorney On Behalf Of MARGARET HART.

Date: April 10, 2020                         Respectfully submitted,

                                                      **THE COCHRAN FIRM, D.C.**

                                                      */s/ David E. Haynes*_____
                                                      David E. Haynes, Esquire  Bar No.: 483119
                                                      1100 New York Ave. NW
                                                      Suite 340 West Tower
                                                      Washington, DC 20005-6705
                                                      P: 202.682.5800
                                                      F: 202.408.8851
                                                      dhaynes@cochranfirm.com

# CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing document with the Clerk of Court using CM/ECF on all counsel of record.

**Richard B. North Jr.**
Nelson, Mullins, Riley & Scarbrough, LLP
201 Seventeenth Street NW   Suite 1700
Atlanta, GA 30363
Phone: 404.322.6000
Fax:    404.322.6050
Richard.north@nelsonmullins.com

**Philip M. Busman**
Nelson, Mullins, Riley & Scarbrough, LLP
101 Constitution Avenue, NW
9th Floor
Washington, DC 20001
(202) 689-2988
Fax: (202) 689-2860
Phil.busman@nelsonmullins.com

*Attorneys for Defendants*

This the 10th day of April, 2020.

                                                */s/ David E. Haynes*
                                               David Haynes Bar No.: 483119